■ 111 MAIN STREET, LLC, Appellant, v COUNTY OF NIAGARA, Respondent. [937 NYS2d 659]

Present—Smith, J.P., Fahey, Carni, Sconiers and Gorski, JJ.